```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 10075
   JAMES A DENNIS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-6229

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 06/05/2007 and was not confirmed.

    The case was dismissed without confirmation 07/12/2007.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
AT & T BANKRUPCTY        UNSECURED     NOT FILED          .00           .00
ILLINOIS TITLE LENDERS I UNSECURED     NOT FILED          .00           .00
RAYSZTOF ZIOMEK          UNSECURED     NOT FILED          .00           .00
PRO SE DEBTOR            DEBTOR ATTY        .00                         .00
TOM VAUGHN               TRUSTEE                                        .00
DEBTOR REFUND            REFUND                                         .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                      --------------    --------------
TOTALS                     .00                  .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
    Dated: 10/23/07      _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```